

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE ANGEL AGUILAR,<br><br>　　　　　　Defendant. | Case No. CR 02-0077 TJH<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

　　The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) the instant allegations indicate that he is not amenable to supervision; and (3) defendant submitted to detention request.

　　and/or

B.　( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: ___June 16___, 2011.

_____
Fernando M. Olguin
United States Magistrate Judge